United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| ANA RUTH MONCADA VELASQUEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-272 |
| | § | |
| JOHN MORALES, ET AL., | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of her detention in federal immigration custody.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than December 29, 2025**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than January 2, 2026**. Petitioner names John Morales, Director of San Antonio ICE Field Office of ICE ERO; Kristi Noem, Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; and Warden of Laredo Processing Center, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on Respondents via certified mail, return receipt requested.

- Respondent John Morales or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent U.S. Department of Homeland Security may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin

Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

- Respondent Executive Office for Immigration Review may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

- Respondent Warden of Laredo Processing Center or his designee may be served at Laredo Processing Center, 4702 E. Saunders, Laredo, TX 78041.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested.

The Clerk is also **DIRECTED** to serve a copy of this Petition, (Dkt. No. 1), and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail, return receipt requested.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on December 19, 2025.

John A. Kazen
United States District Judge

2 / 2